[garbled encoded text]

Content-Type: text/html

This is an automatic e-mail message gener
RESPOND to this e-mail because the mail
***NOTE TO PUBLIC ACCESS USERS*

U.

Di

## Notice of Electronic Filing

The following transaction was entered on 10/
**Case Name:**     Poulson v. Wendy in U
**Case Number:**   9:10-cv-00100-DWM -
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER granting [1] MOTION for Leav**
**Poulson, FINDINGS AND RECOMMEN**
**Kermit Poulson. ( Objections to F&R d**
**on 10/7/2010. (TCL, )**

9:10-cv-00100-DWM -JCL Notice has been

9:10-cv-00100-DWM -JCL Notice has been

Kermit Poulson
535 Ryman
Missoula, MT 59802

The following document(s) are associated wit

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105468959 [D

DISTRICT OF MONTANA
OFFICE OF
CLERK, U.S. DISTRICT COURT
P.O. BOX 8537
MISSOULA, MONTANA 59807

OFFICIAL BUSINESS



CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

RECEIVED
NOV 04 2010

NIXIE       581    DE 1      00  11/03/10
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 59807853737     *2536-04247-12-39



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT POULSON, | CV 10-100-M-DWM-JCL |
| Plaintiff, | |
| vs. | |
| WENDY, in UC BUILDING, UNIVERSITY OF MONTANA, | ORDER, and FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| Defendants. | |

## I. INTRODUCTION AND *IN FORMA PAUPERIS* APPLICATION

Plaintiff Kermit Poulson ("Poulson") has filed a Complaint together with a request to proceed *in forma pauperis*. Poulson submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Because it appears Poulson lacks sufficient funds to prosecute this action **IT IS HEREBY ORDERED** that his Motion to Proceed In Forma Pauperis is **GRANTED**. This action may proceed without prepayment of the filing fee, and the Clerk of Court is directed to file the Complaint as of the filing date of Poulson's request to proceed *in forma pauperis*.

The federal statute under which leave to proceed in forma pauperis is permitted also requires the Court to conduct a preliminary screening of the allegations set forth in the Complaint. The statute states as follows:

1